IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROLYN Y. MINOR | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-658-E |
| | § | |
| TRANSPORT LOCAL UNION 555, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case, (ECF No. 11), that he then supplemented, (ECF No. 15). Although Plaintiff made additional filings thereafter, Plaintiff articulated no objections to the United State Magistrate Judge's recommendation or supplemental recommendation. The District Court reviewed the proposed findings, conclusions, and recommendation as supplemented for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and the Supplemental Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 2nd day of June, 2023.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE